| | |
|---|---|
| 1 | Patrick S. Thompson (SBN 160804) |
| | *pthompson@goodwinprocter.com* |
| 2 | Michael J. Moloney III (SBN 259140) |
| | *mmoloney@goodwinprocter.com* |
| 3 | **GOODWIN PROCTER LLP** |
| | Three Embarcadero Center, 24th Floor |
| 4 | San Francisco, California  94111 |
| | Tel.:  415.733.6000 |
| 5 | Fax:  415.677.9041 |
| 6 | |
| 7 | Attorneys for Defendant |
| | Bank of America Corporation |

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| JUAN AREVALO and MITCHELL SANDOW, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA CORPORATION,<br><br>Defendant. | Case No. 10-CV-4959 JL<br><br>**CLASS ACTION**<br><br>ORDER<br>**STIPULATION EXTENDING TIME FOR DEFENDANT BANK OF AMERICA CORPORATION TO RESPOND TO COMPLAINT**<br><br>Complaint Filed:  November 2, 2010<br>Before:  Magistrate James Larson |

LIBA/2134305.1

**STIPULATION EXTENDING TIME FOR DEFENDANT BANK OF AMERICA CORPORATION TO RESPOND TO COMPLAINT**
**Case No. 10-CV-4959 JL**

**STIPULATION EXTENDING TIME FOR DEFENDANT BANK OF AMERICA CORPORATION TO RESPOND TO CLASS ACTION COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule 6-1(a), Plaintiffs Juan Arevalo and Mitchell Sandow ("Plaintiffs") and Defendant Bank of America Corporation ("BAC") ("Defendant") (together, with Plaintiffs, the "Parties"), through their undersigned counsel, stipulate as follows:

WHEREAS, on November 2, 2010, Plaintiffs filed a complaint in this action;

WHEREAS, the Complaint purports to assert a number of putative class claims against Defendant;

WHEREAS, Plaintiffs served the Complaint upon Defendant on or about November 4, 2010;

WHEREAS, under Fed. R. Civ. P. 6 and 12, Defendant's responsive pleadings to the Complaint would be due on or before November 29, 2010;

WHEREAS, the Parties have agreed that Defendant shall have an extension of time to file its responsive pleading;

WHEREAS, Plaintiffs may file an amended complaint prior to the filing of Defendant's responsive pleading to seek damages in connection with their claims under the Consumers Legal Remedies Act;

WHEREAS, the Parties agree that Defendant shall file a pleading responsive to the complaint and the anticipated amendment thereto;

WHEREAS, the stipulated extension does not affect any proceeding on the court's calendar; and

WHEREAS, this Stipulation is without prejudice to, or waiver of, any rights or defenses otherwise available to the Parties in this action;

1  NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, between Plaintiffs,
2  by their undersigned counsel, and BAC, by their undersigned counsel, that Defendant shall have
3  through and including December 29, 2010 to answer or otherwise respond to the Complaint, and
4  the anticipated amendment thereto.

Dated: November 23, 2010

Respectfully submitted,

By: _____
Patrick S. Thompson
Michael J. Moloney III
**GOODWIN PROCTER LLP**
Three Embarcadero Center, 24th Floor
San Francisco, California 94111
Tel.: 415.733.6000
Fax: 415.677.9041

*Attorneys for Defendant*
*Bank of America Corporation*

Dated: November 24, 2010

Respectfully submitted,

By: _____
Michael W. Sobol
Allison Stacy Elgart
**LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 30th Floor
San Francisco, CA 94111
Tel.: 415-956-1000 x2232
Fax: 415-956-1008

Wendy R. Fleishman
Rachel Geman
**LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP**
250 Hudson Street, 8th Floor
New York, NY 10013-1413
Tel.: 212.355.9500
Fax: 212.355.9592

*Attorneys for Plaintiffs*

DATED: 12/1/10

IT IS SO ORDERED
Judge James Larson
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 1 | **PROOF OF SERVICE** |
| 2 | |
| 3 | I further certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on this 24th day of November, 2010. |
| 4 | |

/s/ Patrick S. Thompson
Patrick S. Thompson

LIBA/2134305.1                                3

**STIPULATION EXTENDING TIME FOR DEFENDANT BANK OF AMERICA CORPORATION TO RESPOND TO COMPLAINT**                                    **Case No. 10-CV-4959 JL**