1  Patrick S. Thompson (SBN 160804)
   *pthompson@goodwinprocter.com*
2  Michael J. Moloney III (SBN 259140)
   *mmoloney@goodwinprocter.com*
3  **GOODWIN PROCTER LLP**
   Three Embarcadero Center, 24th Floor
4  San Francisco, CA  94111
   Tel.: 415.733.6000
5  Fax: 415.677.9041

6  David L. Permut (*pro hac vice*)
   *dpermut@goodwinprocter.com*
7  Eric I. Goldberg (*pro hac vice*)
   *egoldberg@goodwinprocter.com*
8  **GOODWIN PROCTER LLP**
   901 New York Avenue NW
9  Washington, DC  20001
   Tel.: 202.346.4000
10 Fax: 202.346.4444

11 *Attorneys for Defendants*

12

13                     **UNITED STATES DISTRICT COURT**

14                     **NORTHERN DISTRICT OF CALIFORNIA**

15                          **SAN FRANCISCO DIVISION**

16

17 | JUAN AREVALO, MITCHELL SANDOW, | Case No. 10-CV-04959-TEH |
   | and ANGELA ZELENY, individually and on | |
18 | behalf of all others similarly situated, | **STIPULATION EXTENDING TIME FOR DEFENDANTS TO RESPOND TO** |
19 |                   Plaintiffs, | **SECOND AMENDED COMPLAINT** |
20 |         v. | Second Amended Complaint Filed: April 29, 2011 |
21 | BANK OF AMERICA CORPORATION and | |
   | FIA CARD SERVICES, N.A., | |
22 | | Judge:  Hon. Thelton E. Henderson |
   |                   Defendants. | |
23

24
25
26
27
28

LIBA/2178111.1

STIPULATION EXTENDING TIME FOR DEFENDANTS TO RESPOND TO SECOND AMENDED
COMPLAINT                                                      Case No. 10-CV-04959-TEH

**STIPULATION EXTENDING TIME FOR DEFENDANTS TO RESPOND TO SECOND AMENDED COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule 6-1(a), Plaintiffs Juan Arevalo, Mitchell Sandow and Angela Zeleny ("Plaintiffs") and Defendants Bank of America Corporation and FIA Card Services, N.A., ("Defendants") (together, with Plaintiffs, the "Parties"), through their undersigned counsel, stipulate as follows:

WHEREAS, on April 29, 2011, Plaintiffs filed a Second Amended Complaint (Dkt. No. 40) in this action;

WHEREAS, under Fed. R. Civ. P. 6 and 12, Defendants' responsive pleading to the Second Amended Complaint would be due on or before May 13, 2011;

WHEREAS, the Parties have agreed that Defendants shall have an extension of time to file their responsive pleading;

WHEREAS, the stipulated extension does not affect any proceeding on the court's calendar; and

WHEREAS, this Stipulation is without prejudice to, or waiver of, any rights of defenses otherwise available to the Parties in this action.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, between Plaintiffs, by their undersigned counsel, and Defendants, by their undersigned counsel, that Defendants shall have through and including May 27, 2011 to answer or otherwise respond to the Second Amended Complaint.

| | | |
|---|---|---|
| 1 | Dated: May 10, 2011 | Respectfully submitted, |
| 2 | | |
| 3 | | By:   /s/ Michael J. Moloney III |
| 4 | | Patrick S. Thompson<br>*pthompson@goodwinprocter.com* |
| 5 | | Michael J. Moloney III<br>*mmoloney@goodwinprocter.com* |
| 6 | | **GOODWIN PROCTER LLP**<br>Three Embarcadero Center, 24th Floor |
| 7 | | San Francisco, CA  94111<br>Tel.:  415.733.6000 |
| 8 | | Fax:  415.677.9041 |
| 9 | | David L. Permut (admitted *pro hac vice*)<br>*dpermut@goodwinprocter.com* |
| 10 | | Eric I. Goldberg (admitted *pro hac vice*)<br>*egoldberg@goodwinprocter.com* |
| 11 | | **GOODWIN PROCTER LLP**<br>901 New York Avenue, NW |
| 12 | | Washington, DC  20001<br>Tel.:  202.346.4000 |
| 13 | | Fax:  202.346.4444 |
| 14 | | *Attorneys for Defendants* |
| 15 | | |
| 16 | | By:   /s/ Allison S. Elgart<br>Michael W. Sobol |
| 17 | | *msobol@lchb.com*<br>Allison Stacy Elgart |
| 18 | 05/11/2011 | *alegart@lchb.com*<br>**LIEFF, CABRASER, HEIMANN &** |
| 19 | IT IS SO ORDERED | **BERNSTEIN, LLP**<br>275 Battery Street, 30th Floor |
| 20 | [signature] | San Francisco, CA  94111<br>Tel.: 415-956-1000 x2232 |
| 21 | Judge Thelton E. Henderson | Fax: 415-956-1008 |
| 22 | | Wendy R. Fleishman<br>*wfleishman@lchb.com* |
| 23 | | Rachel Geman<br>*rgeman@lchb.com* |
| 24 | | **LIEFF, CABRASER, HEIMANN &**<br>**BERNSTEIN, LLP** |
| 25 | | 250 Hudson Street, 8th Floor<br>New York, NY  10013-1413 |
| 26 | | Tel.: 212.355.9500<br>Fax: 212.355.9592 |
| 27 | | *Attorneys for Plaintiffs* |
| 28 | | |

LIBA/2178111.1                                                    - 3 -

STIPULATION EXTENDING TIME FOR DEFENDANTS TO RESPOND TO SECOND AMENDED
COMPLAINT                                                                                                    Case No. 10-CV-04959-TEH