IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JUAN AREVALO, et al.,

               Plaintiffs,

v.

BANK OF AMERICA CORP.,

               Defendant.

NO. C10-4959 TEH

ORDER VACATING CASE MANAGEMENT CONFERENCE

      The Court having received a Transfer Order from the Panel on Multidistrict Litigation, commencing the transfer of several cases to this Court's jurisdiction and including the present matter of *Arevalo v. Bank of America Corp.*, the Court has determined that the Case Management Conference now set for September 26, 2011, should be vacated, with the expectation that, upon final transfer of all scheduled and tag-along cases to this Court, a Case Management Conference for all cases involved in this multidistrict litigation shall be scheduled, including the parties in the present matter.

      For that reason, the Case Management Conference on September 26, 2011, is hereby VACATED. The next Case Management Conference in the matter of *Arevalo v. Bank of America Corp.* shall be the first Case Management Conference involving all parties for the cases transferred to this Court by the Panel on Multidistrict Litigation.

**IT IS SO ORDERED.**

Dated: 9/14/2011

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT